# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| VIRGIL THOMAS HABEKOFF,<br>    Plaintiff, | §<br>§<br>§ | |
| v. | § | C.A. NO. C-05-255 |
| L. GOMEZ, et al.,<br>    Defendants. | §<br>§<br>§ | |

## ORDER OF DISMISSAL

On November 30, 2005, the United States Magistrate Judge filed her Memorandum and Recommendation in this cause (D.E. 9). After ample opportunity, no objections have been filed by either party. This Court regards such omission as each party's agreement with and acceptance of the Magistrate Judge's findings of fact and conclusions of law. Having reviewed the pleadings on file, the Court finds no clear error in the Magistrate Judge's memorandum and recommendation. *Douglass v. United Services Automobile Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996). This Court adopts as its own the findings and conclusions of the Magistrate Judge.

Accordingly, plaintiff's lawsuit is DISMISSED without prejudice for want of prosecution pursuant to Rule 41(b).

ORDERED this ___21st___ day of ___December___, 2005.

_____
HAYDEN HEAD
CHIEF JUDGE